JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

TWANDA D. WELLS,

               Plaintiff,

     v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

              Defendant.

Case No. 2:22-cv-04673 AFM

**JUDGMENT**

     In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

     IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED:  7/6/2023

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE